IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN
DISTRICT OF TENNESSEE, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | NO. 17-cr-10067-STA |
| | ) | |
| DAVID MATHIS | ) | |
| Defendant. | ) | |

ORDER GRANTING MOTION TO CONTINUE CHANGE OF PLEA HEARING

Upon the Motion to Continue of the Defendant, and the Government having no objection;

IT IS HEREBY ORDERED THAT the Defendant's Change of Plea presently set for February 5, 2018 @ 9:00 am is reset to **March 9, 2018** at **10:00am.**

The intervening period is excludable under 18 U.S.C. § 3161(h)(8)(B)(iv) because the ends of justice is served in allowing for counsel additional time to prepare outweigh the need for a speedy trial.

IT IS SO ORDERED this 30th day of January, 2018.

s/ S. Thomas Anderson
S. Thomas Anderson
CHIEF UNITED STATES DISTRICT JUDGE