**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**EASTERN DIVISION**

---

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| VS. ) | CR. NO. 1:17-10067-STA |
| DAVID MATHIS, ) | |
| Defendant. ) | |

---

**ORDER ON CHANGE OF PLEA**
**AND NOTICE OF SETTING**

---

This cause came to be heard on March 9, 2018, Assistant United States Attorney, Taylor Eskridge, appearing for the Government and the defendant, David Mathis, appearing in person, and with counsel, Lloyd Tatum.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Indictment.

A basis in fact having been established, the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **MONDAY, June 18, 2018 at 11:00 A.M., before Chief S. Thomas Anderson.**

Defendant to remain on current bond.

**ENTERED** this the 9th day of March, 2018.

 s/ S. Thomas Anderson
 CHIEF JUDGE, U. S. DISTRICT COURT