IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF
TENNESSEE, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | NO. 17-cr-10067-STA |
| | ) | |
| DAVID MATHIS | ) | |
| Defendant | ) | |

**ORDER GRANTING MOTION TO CONTINUE SENTENCING HEARING AND NOTICE OF RESETTING**

Upon the Motion to Continue of the Defendant, and the Government having no objection;

IT IS HEREBY ORDERED THAT the Defendant's Sentencing Hearing presently set for **June 18, 2018 @ 11:00 a.m.** is reset to **Monday, August 20, 2018 at 10:30 a.m.**

IT IS SO ORDERED this 14th day of June, 2018.

s/S.Thomas Anderson
CHIEF UNITED STATES DISTRICT JUDGE