IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE, EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| vs. ) | NO. 17-cr-10067-STA |
| ) | |
| ) | |
| DAVID MATHIS ) | |
| ) | |
| Defendant ) | |

**ORDER GRANTING MOTION TO CONTINUE SENTENCING HEARING AND NOTICE OF RESETTING**

Upon the Motion to Continue of the Defendant, and the Government having no objection;

IT IS HEREBY ORDERED THAT the Defendant's Sentencing Hearing presently set for August 20, 2018 @ 10:30 am is reset to **OCTOBER 16, 2018** at **1:30pm**.

IT IS SO ORDERED this 15th day of August, 2018.

s/S. Thomas Anderson
CHIEF UNITED STATES DISTRICT JUDGE